UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CR-60057-CR-WILLIAMS

United States of America

v.

Mauselie Dor
_____/

## ORDER

THIS MATTER is before the Court upon Defendant's Motion for Early Termination of Supervised Release DE # 40. The Court having reviewed this entire matter along with the response of the government and the United States Probation Office and upon due consideration, it is ORDERED AND ADJUDGED that the aforementioned motion is GRANTED.

DONE AND ORDERED in Miami, Florida this 11th day of March 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copy:
Counsel of Record
USPO